No. 114. FLOERSCH ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *J. R. Modrall* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice, Meyer Rothwacks* and *Fred E. Youngman* for the United States.

No. 119. RICHISON ET UX. *v.* NUNN ET UX. Supreme Court of Washington. Certiorari denied. *John J. Kennett* for petitioners. *Robert T. Mautz* for respondents.

No. 124. ZACHARY ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Frank E. Hook* for petitioners. *Solicitor General Rankin* for the United States.

No. 125. SEAFARERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO, *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. Certiorari denied. *Seymour W. Miller, Ray R. Murdock* and *Bernard Dunau* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board.

No. 132. INTERNATIONAL LATEX CORP. *v.* WARNER BROTHERS Co. C. A. 2d Cir. Certiorari denied. *William H. Davis* for petitioner. *Stephen H. Philbin* for respondent.

No. 131. REISSNER *v.* ROGERS, ATTORNEY GENERAL, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *George Halpern* for petitioner. *Solicitor General Rankin, Assistant Attorney General Townsend, Daniel G. McGrath* and *Armand B. DuBois* for respondents.